THE ATTORNEY GENERAL
OF TEXAS


AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

December 8, 1952

Hon. Darwin L. Wilder          Opinion No. V-1541
County Attorney
Denton County                  Re: Legality of the county
Denton, Texas                      clerk's and county judge's
                                   performing the duties of a
                                   county auditor, each receiv-
                                   ing 50% of the auditor's
Dear Sir:                          salary.

         You have requested an opinion on the following
question:

         "May the duties of County Auditor be
    performed by the County Clerk and the County
    Judge, and their services compensated by
    each receiving 50% of the Auditor's salary?"

         Public officers possess only such powers as
are expressly conferred upon them by law or are neces-
sarily implied from the powers so conferred. Anderson
v. Houchins, 89 S.W.2d 1029 (Tex.Civ.App. 1936); Bryan
v. Sundberg, 5 Tex. 418 (1849). In some instances a
public officer is authorized and required to perform
the duties of another office. 34 Tex. Jur. 447, Public
Officers, Sec. 70. However, we have been unable to
find any provision in the Constitution or statutes
authorizing either the county clerk or the county judge
to perform the duties of the county auditor. The powers
and duties of the county auditor are prescribed in
Articles 1645 through 1676b, Title 34 of Vernon's Civil
Statutes. The general duties of the county auditor are
to examine accounts and reports of various county and
district officers to see that constitutional and statu-
tory provisions governing county finance have been
complied with. These duties are required to be performed
by the county auditor and cannot be assigned to another
person. See Navarro County v. Tullos, 237 S.W. 982
(Tex.Civ.App. 1922, error ref.).

         On the question concerning the authority of
one person to hold the offices of county auditor and
county judge or county auditor and county clerk, Section
40 of Article XVI of the Constitution of Texas prohibits

a person from holding or exercising at the same time more than one civil office of emolument with exceptions not applicable to your request. Pruitt v. Glen Rose Independent School Dist., 126 Tex. 45, 84 S.W.2d 1004 (1935).

You are therefore advised that the duties of the county auditor cannot be performed by the county clerk or the county judge.

## SUMMARY

The duties of the county auditor cannot be performed by the county clerk or the county judge.

Yours very truly,

PRICE DANIEL
Attorney General

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Mary K. Wall
Reviewing Assistant

By John Reeves
John Reeves
Assistant

Charles D. Mathews
First Assistant

JR:am